MN - 252
(Revised 10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| **Forte Mechanical, Inc.,** | **BKY No. 10-49117-NCD** |
| Debtor. | Chapter 7 |

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: to pursue recovery of outstanding accounts receivable.

3. Michael J. Sheridan (formerly of Schleck & Associates PA) and Mansfield, Tanick & Cohen, P.A., 1700 US Bank Plaza, 220 South Sixth Street, Minneapolis, MN 55402, 612-339-3161, are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: one-third contingency fee, to be retained by Applicant from sums collected but subject to interim or final applications for approval of compensation to be brought before the court, plus reimbursement for reasonable expenses incurred, with the estate having no obligation for fees, costs, or disbursements in the event the estate realizes no recovery.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee:  Mansfield, Tanick & Cohen:  represented the debtor in its bankruptcy filing and is also handling for Tom Green, the debtor's former officer, an unemployment benefits claim and a formation of a business entity; Schleck & Associates PA represented the debtor in its pre-bankruptcy collection efforts.

6. The trustee has made the following efforts to recover the asset prior to submitting this Application:  has sent demand letters to the accounts receivable parties and has received responses and documents disputing the trustee's demands for the receivables listed in the Schedules.  To date, the trustee has collected approximately $55,652 from receivables, subject to a lien in favor of Citizens Independent Bank with a balance due and owing in the approximate amount of $90,750.  Per the debtor's Schedules, the remaining amount of accounts receivable yet to be collected is approximately $381,468.

7. The secured creditor, through its counsel, has advised that it has no objection to and supports the proposed retention of Mansfield, Tanick & Cohen, P.A.

WHEREFORE, applicant prays that the Court approve such employment by the trustee.

MN - 252
(Revised 10/00)

Dated: March 2, 2011                     /e/ Julia A. Christians
                                         Julia A. Christians, Trustee
                                         One Financial Plaza, Suite 2500
                                         120 South Sixth Street
                                         Minneapolis, MN  55402
                                         (612) 338-5815

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Forte Mechanical, Inc.,            BKY No. 10-49117-NCD

    Debtor.                     Chapter 7

## VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Michael J. Sheridan (formerly of Schleck & Associates PA) now of Mansfield, Tanick & Cohen, P.A., the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the offices of the United States Trustee, except for the following: Mansfield, Tanick & Cohen: represented the debtor in its bankruptcy filing and is also handling for Tom Green, the debtor's former officer, an unemployment benefits claim and a formation of a business entity; Schleck & Associates PA represented the debtor in its pre-bankruptcy collection efforts.

Dated: March 1, 2011

Michael J Sheridan
Mansfield Tanick & Cohen P A
1700 U S Bank Plaza S
220 S 6th St
Minneapolis, MN 55402
612-339-4295
Fax : 612-339-3161
Email: msheridan@mansfieldtanick.com

MN - 252
(Revised 10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**In re:**

**Forte Mechanical, Inc.,**  BKY No. 10-49117-NCD

    **Debtor.**  Chapter 7

## UNSWORN CERTIFICATE OF SERVICE

    I, Rebecca L Tri, declare under penalty of perjury that on March 2, 2011, I e-mailed copies of the attached **Application for Approval of Employment of Attorney, Verified Statement, and Proposed Order** to each entity named below at the address stated below for each entity:

USTPRegion12.MN.ECF@usdoj.gov

U.S. Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Executed on: March 2, 2011      /e/ Rebecca L. Tri
    Rebecca L. Tri, Legal Assistant
    Lapp, Libra, Thomson, Stoebner &
        Pusch, Chartered
    120 South Sixth Street, Suite 2500
    Minneapolis, MN 55402
    612/338-5815

MN - 252
(Revised 10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| **Forte Mechanical, Inc.,** | **BKY No. 10-49117-NCD** |
| Debtor. | Chapter 7 |

**ORDER**

---

The application to employ Mansfield, Tanick & Cohen, P.A., as attorneys for the trustee came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code, § 327,

IT IS ORDERED: The employment is approved.

Dated: _____
Nancy C. Dreher
United States Bankruptcy Judge